STATE OF NEW JERSEY v. FRANK GARCIA.

March 1, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. JUAN RIVERA.

March 1, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. CAROL RANSOM.

March 1, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. ELDRIDGE ALSTON.

March 1, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. THOMAS TAYLOR.

March 1, 1983.

Petition for certification denied.